In the Matter of the Claim of MARION K. GRAHAM, Appellant, against NASSAU & SUFFOLK LIGHTING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted April 5, 1954; decided April 15, 1954.

*Walter F. Forster* for motion.

No one opposed.

Motion granted.